IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO<br>THE PNC FINANCIAL SERVICES GROUP, INC. | Misc. No. 08-00165 |
| DATATREASUREY CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BANK OF AMERICA, *et al.*<br><br>　　　　　Defendants. | C.A. No. 2:05-cv-292 (E.D. Tex.) |
| DATATREASURY CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>WELLS FARGO COMPANY, *et al.*<br><br>　　　　　Defendants. | C.A. No. 2:06-cv-72 (E.D. Tex.) |

**NOTICE OF ENTRY OF APPEARANCE**

TO:　Kelly R. Vickers, Esquire
　　　Fish & Richardson P.C.
　　　1717 Main Street, Suite 5000
　　　Dallas, TX 75201

　　　PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance on behalf of Non-Party The PNC Financial Services Group, Inc.

PROCTOR HEYMAN LLP


*/s/ Patricia L. Enerio*
Kurt M. Heyman (# 3054)
E-mail:  kheyman@proctorheyman.com
Patricia L. Enerio (# 3728)
E-mail:  penerio@proctorheyman.com
1116 West Street
Wilmington, DE 19801
(302) 472-7300

Attorneys for Non-Party
The PNC Financial Services Group, Inc.


OF COUNSEL:

HOWREY LLP
William C. Rooklidge
4 Park Plaza, Suite 1700
Irvine, CA 92614
(949) 759-3904


Dated: August 25, 2008

## CERTIFICATE OF SERVICE

I, Patricia L. Enerio, hereby certify that on August 25, 2008, I served a copy of the foregoing Notice of Entry of Appearance, as follows:

**VIA E-MAIL &
FEDERAL EXPRESS**

Kelly R. Vickers, Esquire
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201


/s/ Patricia L. Enerio
Patricia L. Enerio (# 3728)