

# PROCTOR HEYMAN LLP
### ATTORNEYS AT LAW

1116 WEST STREET · WILMINGTON, DELAWARE 19801
TEL: 302.472.7300 · FAX: 302.472.7320 · WWW.PROCTORHEYMAN.COM

Direct Dial: (302) 472-7303
E-mail: penerio@proctorheyman.com

September 2, 2008

**VIA E-FILE
& HAND DELIVERY**

Dr. Peter T. Dalleo
U.S. District Court for
 the District of Delaware
844 North King Street
Wilmington, DE 19801

      RE: *In Re Subpoena Issued to The PNC Financial Services Group, Inc.*
            Misc. No. 08-00165

Dear Dr. Dalleo:

    We represent non-party The PNC Financial Services Group, Inc. in the above-referenced miscellaneous action, and we hereby withdraw the motion to quash that was filed on August 22, 2008.

                                Respectfully,

                                Patricia L. Enerio (# 3728)

PLE/daa

cc:    Kelly R. Vickers, Esquire
        William C. Rooklidge, Esquire
#08-1260-01